# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FREDRICK PADRE MARTINEZ,

                                        Petitioner,

v.

STATE OF NEVADA, et al.,

                                        Respondents.

Case No. 2:26-cv-01121-GMN-DJA

**ORDER**

Petitioner Fredrick Padre Martinez, a *pro se* litigant, has filed a *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1-1).  This habeas matter is before the Court for initial review under the Rules Governing Section 2254 Cases.  Martinez challenges a 2005 judgment of conviction entered in state district court.[1]  The Court takes judicial notice of the habeas Petitions Martinez has filed in the District of Nevada, including one that was decided on the merits: *Martinez v. State of Nevada*, Case No. 3:14-cv-00097-RCJ-VPC and *Martinez v. State of Nevada*, 3:17-cv-00501-RFB-CWH.

As this Court has previously explained to Martinez, a second or successive petition may not be filed absent authorization from the Court of Appeals.  The current petition is second or successive because a prior federal petition was dismissed with prejudice as untimely and, therefore, decided on its merits, Martinez attacks the same judgment of conviction, and the claims Martinez raises here are based on facts that had occurred by the time of the prior petition.  *See Brown v. Muniz*, 889 F.3d 661, 667 (9th Cir. 2018).  Where a petition has been dismissed with prejudice as untimely or because of procedural default, the dismissal constitutes a

---

[1] The Court takes judicial notice of the online docket records of the Eighth Judicial District Court and Nevada appellate courts.  The docket records may be accessed by the public online at: https://www.clarkcountycourts.us/Anonymous/default.aspx                              and http://caseinfo.nvsupremecourt.us/public/caseSearch.do.  According to state court records, of which this Court takes judicial notice, no intervening judgment of conviction has been entered in Petitioner's criminal case.

disposition on the merits and renders a subsequent petition second or successive for purposes of 28 U.S.C. § 2244. *McNabb v. Yates*, 576 F.3d 1028, 1029-1030 (9th Cir. 2009).

Under 28 U.S.C. § 2244(b)(3), before a second or successive petition is filed in the federal district court, a petitioner must move in the court of appeals for an order authorizing the district court to consider the petition. A federal district court does not have jurisdiction to entertain a successive petition absent such permission. *Brown*, 889 F.3d at 667. Martinez makes no allegation or showing that he has received authorization from the Court of Appeals for the Ninth Circuit to file this second or successive petition. This second or successive petition must therefore be dismissed for lack of jurisdiction.

**IT IS THEREFORE ORDERED:**

1. Petitioner Fredrick Padre Martinez's Petition for Writ of Habeas Corpus (ECF No. 1-1) is dismissed for lack of jurisdiction.

2. Petitioner is denied a certificate of appealability, as jurists of reason would not find the dismissal of the petition on jurisdictional grounds to be debatable or wrong.

3. The Clerk of Court is kindly directed to add Nevada Attorney General Aaron D. Ford as counsel for Respondents. No response is required from Respondents other than to respond to any orders of a reviewing court.

4. The Clerk of Court is further kindly directed to enter final judgment accordingly, dismissing this action without prejudice, and close this case.

DATED:   May 22, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE